UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

JAMES MOYE,

        Plaintiff,

v.                                Case No. 8:18-cv-02544-AEP

ANDREW M. SAUL,
Commissioner of Social Security,

        Defendant.

_____/

## **ORDER**

This cause comes before the Court upon the Amended Motion for Attorney's Fees Under 42 U.S.C. § 406(b) (Doc. 24).  On March 18, 2020, this Court entered an Order reversing and remanding the decision of the Commissioner under sentence four of 42 U.S.C. § 405(g) (Doc. 16).  Upon remand, the Commissioner issued a favorable decision for Plaintiff resulting in an award of disability benefits (Doc. 24). As a result of the favorable decision, Plaintiff's counsel now seeks payment of fees in the amount of $18,076.75 pursuant to 42 U.S.C. § 406(b).

The Court previously awarded Plaintiff's fees in the amount of $4,022.35 pursuant to the EAJA (Docs. 19,20,21).  Plaintiff's counsel seeks payment of fees in the amount of $18,076.75 pursuant to 42 U.S.C. § 406(b).

Under 42 U.S.C. § 406(b), when a court renders a judgment favorable to a Social Security claimant who was represented before the court by counsel, the court

may allow a reasonable fee for such representation, not to exceed twenty-five percent of the total past-due benefits to which the claimant is entitled.  42 U.S.C. § 406(b)(1)(A).  A plaintiff's counsel may recover attorneys' fees under both 42 U.S.C. § 406(b) and EAJA.  *Gisbrecht v. Barnhart*, 535 U.S. 789, 796 (2002).  The plaintiff's attorney must, however, refund to the plaintiff the amount of the smaller fee.  *Id.* Here, the Social Security Administration withheld a total of $18,076.75 from Plaintiff's past-due benefits for possible payment of attorney's fees in federal court (Doc. 24).  Upon review of the fee agreement (Doc. 24-1) and the itemization of services rendered by counsel (Doc. 24-3), the Court determines that an award of fees in the amount of $18,076.75 is reasonable and appropriate.  Accordingly, it is hereby

ORDERED:

1.  Plaintiff's request for an award of attorney's fees under 42 U.S.C. § 406(b) (Doc. 24) is GRANTED.

2.  Plaintiff's counsel is awarded fees in the amount of $18,076.75 pursuant to 42 U.S.C. § 406(b).

DONE AND ORDERED in Tampa, Florida, on this 16th day of April, 2021.

ANTHONY E. PORCELLI
United States Magistrate Judge

cc:  Counsel of Record